**Brooks M. Foster, OSB No. 042873**
E-mail: bfoster@chenowethlaw.com
**Bradley T. Crittenden, OSB No. 173274**
E-mail: bcrittenden@chenowethlaw.com
Chenoweth Law Group, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone:  (503) 221-7958
Facsimile:  (503) 221-2182
*Attorneys for Plaintiff St Helens Assets, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| ST HELENS ASSETS, LLC,<br><br>                     Plaintiff,<br><br>        v.<br><br>CITY OF ST. HELENS,<br><br>                     Defendant. | Case No. 3:24-cv-00663-SB<br><br>**JOINT RULE 26 REPORT** |

By and through their attorneys of record, who are set forth below, the parties have prepared and hereby submit this Joint Rule 26 report as required by Federal Rules of Civil Procedure 16(b) and 26(f), and District of Oregon Local Rule 26-1.

Page 1 – JOINT RULE 26 REPORT

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

## A.     <u>DISCOVERY PLAN</u>

1. <u>Rule 26(a)(1) Disclosures</u>

The parties will exchange initial disclosures pursuant to Fed. R. Civ. P. 26(a)(1) by no later than August 9, 2024.

2. <u>Scope of Discovery and Discovery Dates</u>

All discovery will be conducted pursuant to the Federal Rules of Civil Procedure.  No deviation from the Federal and Local Rules is requested at this time.

The parties anticipate conducting discovery regarding the allegations in Plaintiff's *Complaint* and Defendant's *Answer*, any reply to Defendant's affirmative defenses, and any amendments to the foregoing pleadings.

The parties want to conduct expert discovery following non-expert discovery, but otherwise do not presently anticipate any need for discovery to be conducted in phases or to be limited to or focused on particular issues.

The parties did not identify any potential discovery issues about claims of privilege or protection of trial-preparation materials.

The parties agree that unless the interests of justice require their respective privilege logs to itemize some or all of the attorney-client privileged communications involving the firms representing the parties in this lawsuit, the parties can make category-based disclosures of those documents in their respective privilege logs.  *See Imperial Corp. of America v. Shields*, 174 F.R.D. 475 (S.D. Cal. 1997) (allowing category-based privilege logs).

The parties anticipate a likely need to take at least one perpetuation deposition in the course of discovery in this case.  One of Plaintiff's principal agents, Mark Zoller, is suffering

Page 2 – JOINT RULE 26 REPORT

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

from a neuro-degenerative condition and is already limited in his ability to give testimony on behalf of Plaintiff.  One of Plaintiff's witnesses, Percy G. Smith, who signed a declaration on November 19, 2020, is 96 years old.

The parties request and propose the following litigation schedule:

| Deadline | Date |
|---|---|
| Initial Disclosures | August 9, 2024 |
| Consent to Magistrate | August 28, 2024 |
| Joinder of parties | October 2, 2024 |
| Completion of non-expert discovery including service of all discovery requests and subpoenas | November 29, 2024 |
| Disclosure of expert reports | December 27, 2024 |
| Disclosure of rebuttal expert reports | January 24, 2025 |
| Amendment of Pleadings | February 7, 2025 |
| Completion of expert discovery | March 7, 2025 |
| Dispositive Motions | April 4, 2025 |
|  |  |
| ADR report | To be set by the Court |
| Pre-trial conference | To be set by the Court |
| Trial date | To be set by the Court |

3.  Electronically Stored Information

The parties have discussed electronically stored information, as required by Local Rule 26-1 and Fed. R. Civ. P. 26(f)(3)(C).  The parties do not anticipate any issues about disclosure, discovery, or preservation of electronically stored information, including the form or forms in which it should be produced.  The parties agree that ESI should not be complicated in this case.

4.  Protective Order

The parties do not anticipate seeking a protective order.

Page 3 – JOINT RULE 26 REPORT

CHENOWETH LAW GROUP, PC
510 SW Fifth Avenue, Fourth Floor
Portland, OR  97204
Telephone: (503) 221-7958
Facsimile: (503) 221-2182
Email: bfoster@chenowethlaw.com
bcrittenden@chenowethlaw.com

**B.     SETTLEMENT/ALTERNATIVE DISPUTE RESOLUTION**

Plaintiff is open to settlement discussions. Defendant intends to perform a certain amount of formal and informal discovery before engaging in meaningful settlement communications. The parties may at some point in the future request the services of a Court-sponsored mediator. At this time, the parties do not want to set a deadline for an ADR conference.

**C.     OTHER DEADLINES**

In addition to the deadlines set forth above, the parties propose a deadline for pretrial orders 28 calendar days after the court decides all dispositive motions or, if no dispositive motion is filed, on a date to be set by the Court.

Dated: May 20, 2024

CHENOWETH LAW GROUP, PC


 */s/ Brooks M. Foster*
Brooks M. Foster, OSB No. 042873
Bradley T. Crittenden, OSB No. 173274
Email: bfoster@chenowethlaw.com
        bcrittenden@chenowethlaw.com
*Attorneys for Plaintiff St Helens Assets LLC*

Dated: May 20, 2024

JORDAN RAMIS PC


 */s/ David A. Rabbino*
David A. Rabbino, OSB No. 106348
Joseph A. Rohner IV, OSB No. 064919
Maureen S. Bayer, OSB No. 214905
Email: david.rabbino@jordanramis.com
        joseph.rohner@jordanramis.com
        maureen.bayer@jordanramis.com
*Attorneys for Defendant City of St. Helens*

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, Fourth Floor**
**Portland, OR 97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: bfoster@chenowethlaw.com**
**bcrittenden@chenowethlaw.com**

## CERTIFICATE OF SERVICE

I hereby certify that I served the foregoing true copies of **Joint Rule 26 Report** on the following persons:

David A. Rabbino
Joseph A. Rohner IV
Maureen S. Bayer
1211 SW Fifth Ave., 27th Floor
Portland, OR 97204
Email: david.rabbino@jordanramis.com
joseph.rohner@jordanramis.com
maureen.bayer@jordanramis.com

*Attorneys for Defendant City of St. Helens*

by the following method(s):

____xx____    by **e-service** via CM/ECF on the date set forth below.

____xx____    by **emailing** a full, true and correct copy thereof to the parties at the email addresses shown above, which are the last-known email addresses of the parties, on the date set forth below.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Dated:  May 20, 2024

CHENOWETH LAW GROUP, PC


_/s/ Skylar Washabaugh_____
Skylar Washabaugh, Paralegal

Page 5 – JOINT RULE 26 REPORT

**CHENOWETH LAW GROUP, PC**
**510 SW Fifth Avenue, Fourth Floor**
**Portland, OR  97204**
**Telephone: (503) 221-7958**
**Facsimile: (503) 221-2182**
**Email: bfoster@chenowethlaw.com**
**bcrittenden@chenowethlaw.com**